**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **ALBINO SANTOS SANCHEZ RIVAS** CASE NO. **15-16858-BKC-JKO**
Last four digits of SS No. 1058

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

**A. $278.71** for months **1** to **60**, beginning **May 16, 2015**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,500.00; Paid Fees: $2,000.00; Balance Due: $3,500.00; payable $233.34/mo. (Mos. 1 to 15)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

1. BANK OF AMERICA - The value of the homestead property is $235,000.00. The payoff of the first mortgagee BAC is $469,071.50. Therefore, as there is no equity after the first mortgage, the second mortgage due to Bank of America in the amount of $25,138.00 will be stripped off and avoided.

**2. SEARS/CBNA** - VALUE OF PERSONAL PROPERTY: $250.00,
POB 6189                      payable at $5.00/mo. (Mos. 1 to 15) and
Sioux Falls, SD 57117         $3.89/mo. (Mos. 16 to 60)
Acct #8420                    [Total due is inclusive of interest]

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**1. Internal Revenue Service -** TOTAL DUE; $11,000.00, Payable, $7.50/mo. (Mos. 1 to 15) and $241.95/mo. (Mos. 16 to 60)

**Unsecured Creditors**: Payable: $5.00/mo. (Mos. 1 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS**: BAC HOME LOANS (1st Mtg Homestead Prop. Acct #6347 - 5201 SW 3 Ct., **Plantation, FL 33317)** - The account with this creditor will be treated outside the Chapter 13 Plan.

**SPECIAL PROVISION**: **The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f)1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 each year the case is pending, unless under extension, and that the debtor(s) shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

Dated: April 21, 2015

                              Law Offices of Michael J. Brooks,
                              Michael A. Frank,
                              & Rodolfo De La Guardia
                              Attorneys for Debtor(s)
                              10 N.W. LeJeune Road, Suite 620
                              Miami, FL  33126-5431
                              (305) **443-4217**
                              Pleadings@bkclawmiami.com


                              By /s/_____
                                    Michael J. Brooks
                                    Florida Bar No. 434442


   LF-31 (rev. 01/08/10)