UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 15-16858-BKC-JKO
CHAPTER 13

IN RE:
ALBINO SANTOS SANCHEZ RIVAS
     Debtor.
_____/

**DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF  LIEN ON PERSONAL PROPERTY HELD BY CITIBANK, N.A., AND SEARS, <u>ROEBUCK & CO.,</u>**

**IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claims of the creditors listed below**.

**IF YOU DISPUTE THE VALUE ALLEGED OR TREATMENT OF YOUR CLAIM PROPOSED IN THIS MOTION, YOU MUST FILE A WRITTEN OBJECTION NO <u>LATER THAN TWO BUSINESS DAYS PRIOR TO THE SCHEDULED HEARING</u> <u>[SEE LOCAL RULE 3015-3(A)(2)]</u>**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 21 calendar days from the date this Motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment or any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

     1.     Pursuant to 11 U.S.C. §506, Bankruptcy Rule 3012, and Local Rule

3015-3, the Debtor seeks to value personal property securing the claim of Citibank,

N.A., and Sears, Roebuck & Co.

     2.     (Select only one):

___     Lender's collateral consists of a motor vehicle and is particularly

described as follows:

Year and Model of motor vehicle:

   __X__   Lender's, Citibank, N.A., and Sears, Roebuck & Co., collateral consists of a lien on personal property other than a motor vehicle and is particularly described as follows:
appliances

3.      At the time of the filing of this case, the value of the personal property is

$250.00 as determined by garage sale value.

4.      The undersigned has reviewed the docket and claims register and

states (select only one):

   __X__  Lender, Citibank, N.A., and Sears, Roebuck & Co., has not filed a Proof of Claim in this case.  The Trustee shall not disburse any payments to Lender, Citibank, N.A., and Sears, Roebuck & Co., unless a Proof of Claim is timely filed.  In the event a Proof of Claim is timely filed, it shall be classified as a general secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim as filed.  Lender's, Citibank, N.A., and Sears, Roebuck & Co., secured claim shall be paid through the plan, inclusive of interest and for a total of $250.00, to be paid for over the life of the Plan.

   ___ Lender filed a Proof of Claim in this case.  It shall be classified as a secured claim to the extent provided in paragraph 3, above, and as a general unsecured claim for any deficiency, regardless of the original classification in the proof of claim.  Lender's secured claim shall be paid through the plan at % and for a total of $, to be paid for over the life of the Plan.

5.      The subject property may not be sold or refinanced without proper

notice and further Order of this Court.

WHEREFORE, the Debtor respectfully requests an order fo the Court (a)

determining the value of the personal property in the amount asserted in this Motion,

(b) determining the secured status of the Lender's, Citibank, N.A., and Sears,

Roebuck & Co., lien as stated above, (c) determining that any timely proof of claim is

classified as stated above, and (d) providing such other and further relief as is just.

**NOTICE IS HEREBY GIVEN THAT**:

1.      In accordance with the rules of this Court, unless an objection is filed

with the Court and served upon the Debtor, the Debtor's attorney, and the Trustee,

Robin R. Weiner, at least two (2) business days prior to the hearing scheduled on

this motion, the value of the collateral may be established as the amount as stated

above without further notice, hearing or Order of the Court.  Pursuant to Local Rule

3015-3, timely raised objections will be heard at the hearing scheduled on the

Motion.

2.      The undersigned acknowledges that this Motion and Notice of hearing

must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 21

days prior to the hearing date and that a certificate of service must be filed when the

Motion and notice of hearing thereon are served.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail  to Robin R .Weiner, Trustee at ecf@ch13weiner.com and those set forth in the NEF, this 27th day April 2015, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service to those set forth above and by regular mail to Sears/cbsd, Post Office Box 6189 Sioux Falls, SD 57117, Citibank, N.A., Attn: Barbara Desoer, CEO, (U.S. Certified Mail) 399 Park Avenue, New York, NY 10022 and Sears, Roebuck & Co., Attn: W. Bruce Johnson, CEO, 3333 Beverly Road, Hoffman Estates, FL 60179.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com


By  /s/ Michael A. Frank
        Michael A. Frank
        Florida Bar No. 339075